UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAY VAUGHN ROYCE EMBRY, | ) | 1:04-cv-06101-AWI- TAG HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | REQUEST TO FILE TRAVERSE |
| v. | ) | (Doc. 16) |
| | ) | |
| G. J. GUIRBINO, Warden | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pursuant to the Court's order, Respondent filed his response on January 31, 2005. (Doc. 14). On February 18, 2005, Petitioner filed his traverse, which consisted of approximately 84 pages. (Doc. 17). Concurrent with filing his traverse, Petitioner filed the instant motion for permission to file a traverse in excess of the established page limit. (Doc. 16). Petitioner's motion does not cite any rule or statute establishing a page limit in these matters, and the Court is unaware of any such page limit other than the 25 and 50 page limits related to courtesy paper copies in the context of electronic filing under Rule 5-133 of the Local Rules of the United States District Court for the Eastern District of California (effective January 3, 2005).

///

///

     GOOD CAUSE appearing therefore, the Court HEREBY ORDERS that Petitioner's request for permission to file a traverse consisting of approximately 84 pages (Doc. 16), is GRANTED.

IT IS SO ORDERED.

**Dated:   May 6, 2005**                              /s/ Theresa A. Goldner
j6eb3d                              UNITED STATES MAGISTRATE JUDGE