# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYVAUGHN ROYCE EMBREY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>G.J. GUIRBINO,<br><br>　　　　　Respondent. | CASE NO. 1:04-CV-6101 AWI JMD<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>(Doc. No. 38) |

On September 15, 2017, the Court denied Petitioner's Rule 60(b)(6) motion. See Doc. No. 37. As part of that order, the Court stated that no motions for reconsideration would be considered. See id.

On October 2, 2017, Petitioner filed a motion for reconsideration. See Doc. No. 38.

The motion for reconsideration will be denied for two reasons. First, it is unauthorized and violates the terms of the Court's September 15, 2017 order. See Doc. No. 37. Second, Petitioner has not shown that reconsideration is warranted. See Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co., 571 F.3d 873, 880 (9th Cir. 2009). Rather, the motion expresses disagreements with the Court's conclusions. Clark v. County of Tulare, 755 F.Supp.2d 1075, 1099-1100 (E.D. Cal. 2010).

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for reconsideration (Doc. No. 38) is DENIED.

IT IS SO ORDERED.

Dated:　October 17, 2017　　　　　　　　　　　／s／　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE