# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYVAUGHN ROYCE EMBRY, | Case No. 1:04-cv-06101-AWI-SAB-HC |
| Petitioner, | ORDER DENYING MOTION FOR RECONSIDERATION OF CERTIFICATE OF APPEALABILITY |
| v. | |
| G.J. GUIRBINO, | (Doc. No. 49) |
| Respondent. | |

Petitioner is a state prisoner who proceeded pro se and in forma pauperis with a § 2254 petition for writ of habeas corpus. On September 15, 2017, the Court denied Petitioner's Rule 60(b) motion. See Doc. No. 37. On November 16, 2017, the Ninth Circuit issued a limited remand for this Court to determine whether a certificate of appealability pursuant to 28 U.S.C. § 2253 should issue with respect to the September 2017 Rule 60(b) motion. See Doc. No. 47. On November 17, 2017, the Court declined to issue a certificate of appealability. See Doc. No. 48.

On December 11, 2017, Petitioner filed a motion for reconsideration with respect to the denial of a certificate of appealability. See Doc. No. 49. The motion for reconsideration will be denied as Petitioner has not shown that reconsideration is warranted. See Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co., 571 F.3d 873, 880 (9th Cir. 2009). The Court notes that Petitioner may seek a certificate of appealability from the court of appeals. See Fed. R. App. P. 22(b)(1).

1 | Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for reconsideration
2 | (Doc. No. 49) is DENIED.

IT IS SO ORDERED.

Dated: January 10, 2018

_____
SENIOR DISTRICT JUDGE